UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                           CASE NO.  04-50665-BKC-
HAROLD STEWART
SHARON STEWART

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX)  The trustee has a balance of $ 88.46 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  )  The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:
HAROLD STEWART
SHARON STEWART
20370 NW 32 AVE
OPA LOCKA, FL 33056-1838

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

CHEVRON CREDIT BANK, N.A.
2001 DIAMOND BLVD.
PO BOX 5010, SECT. 230
CONCORD, CA 94524-0010

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA


  IN RE:                            CASE NO.    04-50665-BKC-
  HAROLD STEWART
  SHARON STEWART

                                    CHAPTER 13


  HAROLD STEWART
  SHARON STEWART
  20370 NW 32 AVE
  OPA-LOCKA, FL 33056-1838


  SANDRA NAVARRO-GARCIA, ESQ.
  6337 SW 40 STREET
  MIAMI, FL 33133


  CHEVRON CREDIT BANK, N.A.         --------$          88.46
  2001 DIAMOND BLVD.
  PO BOX 5010, SECT. 230
  CONCORD, CA 94524-0010                 UNDELIVERABLE/STALE
                                         CLAIM REGISTER# 8
  U.S. Trustee
  51 S.W. 1st Avenue
  Miami, Florida 33130
```